1  Victor de Gyarfas (SBN 171950)
   vdegyarfas@foley.com
2  **FOLEY & LARDNER LLP**
   555 South Flower Street, Suite 3500
3  Los Angeles, California 90071-2411
   Telephone: 213-972-4500
4  Facsimile: 213-486-0065

5  Michael A. Bowen (pro hac vice)
   Trent M. Johnson (pro hac vice)
6  **FOLEY & LARDNER LLP**
   777 East Wisconsin Avenue
7  Milwaukee, WI 53202-5306
   Telephone: 414.291.2400
8  Facsimile: 414.297.4900

9  Attorneys for Plaintiffs
   **MITCHELL REPAIR INFORMATION**
10 **COMPANY, LLC**

11

                                JS-6

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14                  **SOUTHERN DIVISION**

15

16 | MITCHELL REPAIR INFORMATION COMPANY, LLC | Case No: SACV 07-821 AG(RNBx) |
   |---|---|
17 | Plaintiff, | **STIPULATED JUDGMENT** |
18 | vs. | |
19 | JOHN PASCAL | |
20 | Defendant. | |
21 | | |

22        Upon the foregoing Stipulation To Entry Of Consent Judgment

23 ("Stipulation"), the Court being fully advised in the premises, it is hereby

24 ORDERED that such Stipulation be, and the same is hereby, adopted as the Order

25 of this Court; that the parties and each of them be, and the same hereby are,

26 ordered to proceed from and after the date hereof in compliance therewith and to

27 discharge their respective obligations thereunder; that judgment be entered in favor

28 of the plaintiff, Mitchell Repair Information Company, LLC and against the

MILW_5340307.1

1  defendant, John Pascal, in accordance with and to the extent of his obligations

2  under such Stipulation; and that except to the extent provided thereunder, each

3  party bear its own costs in connection with this action.

4

5

6

7  Dated: April 11, 2008         _____

                                 Judge Andrew J. Guilford
8
                                 UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
PROPOSED ORDER